| | | | | |
|---|---|---|---|---|
| Bryant v. State................. | 45A04–1602–PC–434 | 01/10/2017 | ROBB, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Webb v. State.................. | 49A02–1603–CR–632 | 01/11/2017 | PYLE, J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Reames v. State................ | 20A03–1606–CR–1332 | 01/11/2017 | BARNES, J. | Affirmed |
| | | | BAILEY, J. | Concurs |
| | | | RILEY, J. | Concurs |
| King v. State .................. | 02A03–1606–CR–1387 | 01/11/2017 | BARNES, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ROBB, J. | Concurs |
| Poteet v. State ................. | 49A02–1606–CR–1196 | 01/11/2017 | BARTEAU, Sr.J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Alvarez v. State ................ | 02A04–1608–CR–1766 | 01/11/2017 | BROWN, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Gonser v. State ................ | 61A04–1606–CR–1511 | 01/12/2017 | ROBB, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |